UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE THE APPLICATION OF:

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

CASE NO. _____

REQUEST FOR DISCOVERY PURSUANT
TO 28 U.S.C. § 1782

**DECLARATION OF JAKE NACHMANI
IN SUPPORT OF** ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ ***EX PARTE* APPLICATION
FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782**

I, JAKE NACHMANI, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am a member of the bars of the State of New York and this Court and a Partner at Seiden Law LLP ("Seiden Law"), attorneys for ▆▆▆▆▆▆▆▆▆▆▆ ("Applicant" or "▆▆▆▆"), in the above-captioned matter, by which ▆▆▆▆ seeks to conduct discovery and obtain evidence from ▆▆▆▆▆▆▆▆ ("Respondent" or "▆▆▆▆") for use in: (i) an ongoing litigation before the High Court of Justice in the Business and Property Courts of England and Wales, King's Bench Division Commercial Court in London in the matter ▆▆▆▆▆▆ ("UK Action"); (ii) a current litigation in Italy against the Italian Ministry of Economy and Finance pending before the Administrative Regional Tribunal of Lazio, Italy ("Italian Sanctions Action"); and (iii) an anticipated litigation in the competent court of Italy to be determined by Respondent's place of residence ("Italian Action") (and as to ▆▆▆▆'s application, the "Application").

2. I respectfully submit this declaration to place before the Court documents referenced in ▆▆▆▆'s accompanying Memorandum of Law in support ▆▆▆▆'s Application.

1

2

3. I do not waive and do not intend to waive any legal advice, litigation, or other privilege by referring to any matters in this declaration. I am over the age of eighteen, and, if called upon to do so, I could and would testify to the information contained herein.

4. ▮ anticipates that ▮ will soon be in New York. Upon ▮ arrival in New York, ▮ will serve ▮ with this Application and all of its supporting papers.

5. Attached hereto as **Exhibit 1** is a true and correct copy of ▮'s proposed subpoena for documents from ▮ ("Proposed Documents Subpoena"). Upon the Court's granting ▮'s Application and subject to the Court's approval, ▮ will serve the Proposed Documents Subpoena on ▮.

6. Attached hereto as **Exhibit 2** is a true and correct copy of ▮'s proposed subpoena for deposition testimony on ▮ ("Proposed Deposition Subpoena"). Upon the Court's granting ▮'s Application and subject to the Court's approval, ▮ will serve the Proposed Deposition Subpoena on ▮.

Dated: June 25, 2025
New York, New York

/s/ Jake Nachmani
**SEIDEN LAW LLP**
Jake Nachmani
322 Eighth Avenue, Suite 1200
New York, NY 10001
jnachmani@seidenlaw.com
(646) 766-1723

*Attorneys for* ▮