```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
In re Application of                                                 :
                                                                     :
ABC,                                                                 :
                                                                     :    25 Misc. 280 (JPC)
Applicant for an Order pursuant to                                   :
28 U.S.C. § 1782 to Conduct Discovery                                :    ORDER
for use in Foreign Proceedings                                       :
                                                                     :
---------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      Applicant shall appear before the Court for a conference on July 8, 2025, at 10:00 a.m. Unless the Court orders otherwise, the Court will conduct the conference via Webex.  At the scheduled time, counsel should call (855) 244-8681, access code 2302 755 2307.

      SO ORDERED.

Dated: July 2, 2025  
       New York, New York  

                                                        JOHN P. CRONAN  
                                           United States District Judge